JOHN WALZER, as Assignee of IRVING TRUST COMPANY, Trustee in Bankruptcy of OLIVIT BROS., INC., Respondent, *v.* MANUFACTURERS TRUST COMPANY, Appellant.

Submitted October 15, 1937; decided November 16, 1937.

508

*Leonard G. Bisco, Henry Landau* and *Jacob Wahrhaftig* for appellant.

*Bernard Gordon, Howard W. Fensterstock* and *Harry J. Beethoven* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.